UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America       :
                                        Criminal Action No. 95-70(JLL)
       Plaintiff,           :

       v.                    :       **ORDER**

Omar Torres-Montalvo,          :

       Defendant.           :

This matter, having come before the Court on Plaintiff's submission of a Motion for Leave to Proceed on Appeal in forma pauperis, and it appearing that:

1. The Court is in receipt of Plaintiff's application to proceed in forma pauperis; and

2. Plaintiff did not submit an affidavit stating the issues that he intends to present on appeal as required by Federal Rule of Appellate Procedure 24(a)(1)(C).

**IT IS**, therefore, on this ___19th___ day of August, 2010,

**ORDERED** that Plaintiff's application to proceed in forma pauperis is **denied without prejudice**; and it is further

**ORDERED** that to the extent Plaintiff wishes to re-file his application he shall include an affidavit stating the issues that he intends to present on appeal as required by Federal Rule of Appellate Procedure 24(a)(1)(c).

_____
JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE